IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SE PROPERTY HOLDINGS, LLC | * * * | |
| Plaintiff | * * | |
| | * | CIVIL NO. 11-00176-CG |
| v. | * * | |
| LOYAL ADVERTISING, LLC, an ALABAMA LIMITED LIABILITY COMPANY; JOHN B. FOLEY, IV, individually; and LAUREN M. FOLEY, individually, | * * * * * * * * | |
| Defendants | | |

## FINAL JUDGMENT

Consistent with this Court's Memorandum Opinion and Order entered on June 15, 2012 (Doc. 42), through which this Court granted summary judgment in favor of the Plaintiff on all causes of action set forth in the Plaintiff's Complaint, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff, SE Property Holdings, LLC and against Defendants Loyal Advertising, LLC, John B. Foley, IV and Lauren M. Foley in the total sum of **TWO HUNDRED NINETY-FIVE THOUSAND, SEVENTY-EIGHT**

**DOLLARS and TWENTY-FOUR CENTS ($295,078.24**), consisting of the following amounts, with all post-judgment interest accruing at the statutory rate set forth in 28 U.S.C. § 1961(a):

| | |
|---|---|
| **$60,419.90** | in unpaid principal for Loan No. 302157; |
| **$11, 134.77** | in interest accruing 03/10/2011 – 02/27/2012 for Loan No. 302157; |
| **$3292.89** | in interest accruing 02/28/2012 – 6/15/12, (calculated by multiplying number of days 109 days X the *per diem* rate of $30.21) for Loan No. 302157; |
| **$89,076.78** | in unpaid principal for Loan No. 302495; |
| **$16,175.48** | in interest accruing 03/15/2011 – 02/27/2012 for Loan No. 302495; |
| **$4854.86** | in interest accruing 02/28/2012 – 6/15/2012 (calculated by multiplying number of days 109 days X the *per diem* rate of $44.54) for Loan No. 302495; |
| **$75,978.64** | in unpaid principal for Loan No. 301912; |
| **$14,001.95** | in interest accruing 03/10/2011 – 02/27/2012 for Loan No. 301912; |
| **$4140.91** | in interest accruing 02/28/2012 – 6/15/2012 (calculated by multiplying number of days 109 days X the *per diem* rate of $37.99) for Loan No. 301912; |
| **$15,299.28** | in attorneys' fees; |

|  |  |  |
|---|---|---|
|  | **$427.78** | costs and expenses; and |
| **+** | **$275.00** | costs incurred to retain expert, Charles J. Fleming. |
|  | **$295,078.24** | **TOTAL JUDGMENT AMOUNT** |

**DONE** and **ORDERED** this the 20th day of June, 2012.

                        /s/  Callie V. S. Granade
                        UNITED STATES DISTRICT JUDGE