IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SE PROPERTY HOLDINGS, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 11-0176-CG-M |
| | ) |
| **LOYAL ADVERTISING, LLC, <u>et</u> <u>al</u>.,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This cause is before the court on the motion to condemn and disburse funds filed by the plaintiff on November 8, 2012 (Doc. 71), in which plaintiff requests the court to order garnishee BB&T to pay to the Clerk of Court monies it is holding pursuant to the garnishment, and order the clerk to condemn and disburse any and all monies that it has received from the garnishee BB&T, or any other source.

The court notes that there is no proof of service of the plaintiff's writ of garnishment as to BB&T on the defendants in this case; therefore, plaintiff's motion is **DENIED** without prejudice.

As the Clerk of Court has confirmed that no other garnished funds have been deposited in the Registry of the Court in this case, the plaintiff's request to condemn and disburse all monies received from any other source is **DENIED**.

**DONE and ORDERED** this 6th day of February, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE