IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SE PROPERTY HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CIVIL ACTION NO. 11-0176-CG-M |
| | ) |
| LOYAL ADVERTISING, LLC, et al., | ) |
| | ) |
| Defendant. | ) |

## AMENDED ORDER

This cause is before the Court on the funds received from Garnishee BB&T in the amount of $2,994.42 and its amended answer to garnishment (Doc. 132), in which Garnishee represents that it was holding $2,994.42 on behalf of Loyal Advertising, LLC. Accordingly, the Order entered September 9, 2015 (Doc. 130) is amended as follows:

The funds deposited by BB&T in the amount of $2,994.42 are hereby condemned, and the Clerk of Court is directed to deposit the funds into the Registry of the Court. Garnishee BB&T is hereby **DISCHARGED** and released from the writ of garnishment. The Clerk of Court is further directed to disburse said funds to counsel for plaintiff, Gilbert L. Fontenot, Maples & Fontenot, LLP, Post Office Box 1281, Mobile, Alabama 36633.

The Clerk is directed to mail a copy of this order to BB&T.

**DONE and ORDERED** this 30th day of September, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE